No. 99–9181. CHEN LIU *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–9186. CLAYTON *v.* HARRIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–9187. ALLEN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 99–9196. ROWBOTTOM *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9237. MCCRAY *v.* ATWELL. Sup. Ct. Tex. Certiorari denied.

No. 99–9266. BROWN *v.* DANZIG, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 99–9297. FINNEY *v.* FLORIDA PAROLE AND PROBATION COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 99–9298. DHALIWAL *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 99–9357. CLIFTON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–9391. BAUMER *v.* LEMKE ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9404. CRUZ-MENDEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–9407. YOUNG *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 99–9414. ALLEN *v.* SHOE ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9415. MURPHY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.